DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER GARCIA-COMENAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAVIER GARCIA-COMENAREZ,<br><br>            Defendant. | NO. CR-S-10-124-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: June 25, 2010<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, JAVIER GARCIA-COMENAREZ, that the status conference hearing date of June 25, 2010 be vacated, and the matter be set for status conference on July 23, 2010 at 9:00 a.m.

     This continuance is requested to allow defense counsel additional time to conduct research in regard to information contained in the recently-received PSR, and to continue working with government's counsel toward resolution of the case.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including July 23, 2010 pursuant to 18 U.S.C.
2  §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based
3  upon continuity of counsel and defense preparation.
4  Dated:   June 23, 2010

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7

8                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
9                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
10                                         JAVIER GARCIA-COMENAREZ

11

12 Dated:   June 23, 2010                  BENJAMIN WAGNER
                                           United States Attorney
13

14
                                           /s/ Linda C. Harter for
15                                         MICHAEL ANDERSON
                                           Assistant U.S. Attorney
16                                         Attorney for Plaintiff

17

18                             **O R D E R**

19     **IT IS SO ORDERED.**   Time is excluded from today's date through and
20  including July 23, 2010 in the interests of justice pursuant to
21  18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
22  Code T4.

23  Dated:   June 24, 2010
24
25                                         _____
                                           GARLAND E. BURRELL, JR.
26                                         United States District Judge
27
28

Stipulation/Order                          2